273 U.S. 730
 47 S.Ct. 240
 71 L.Ed. 862
 ATLANTIC COAST LINE RAILROAD COMPANY, petitioner,
v.
The STATE OF FLORIDA ex rel. R. Hudson BURR, A. S. Wells, et al., etc.*
 No. 654.
 Supreme Court of the United States
 November 23, 1926
 
 Messrs. W. E. Kay and Thos. B. Adams, both of Jacksonville, Fla. (Mr. Frank W. Gwathmey, of Washington, D. C., of counsel), for petitioner Atlantic Coast Line R. Co.
 Messrs. Fred H. Davis, of Tallahassee, Fla., and George C. Bedell, of Jacksonville, Fla., for respondents.
 
 
 1
 Petition for a writ of certiorari to the Supreme Court of the State of Florida denied.
 
 
 
 *
 Order revoked 273 U. S. 673, 47 S, Ct. 475, 71 L. Ed. —.